```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3009 |
| v. | ) | |
| VICTORINA GONZALEZ-MATUL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED,

A status conference is scheduled for March 16, 2007 at 9:00 a.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska

Defendant shall be present.

Dated March 8, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge