IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:07CR3009 |
| Plaintiff, | ) ) ) | |
| | ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| VICTORINA GONZALEZ-MATUL, | ) ) | |
| Defendant. | ) | |

There being no objection by the plaintiff,

IT IS ORDERED that:

(1) Victorina Gonzalez-Matul's motion to release compliance bond, filed on June 7, 2007, is granted.

(2) The Clerk of Court shall refund the $1,000 cash bond and send bond to the United States Marshal's Office for them to deliver the bond to Ms. Gonzalez-Matul.

(3) The Clerk of Court shall mail a copy of this order to Victorina Gonzalez-Matul.

DATED this 11th day of June, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge