IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3009 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| VICTORINA GONZALEZ-MATUL, | ) | |
| | ) | |
| Defendant. | ) | |

I have been informed by the Clerk's office that the person who posted the bond money is Lety Garcia, 1414 N. Piper St., Grand Island, Nebraska 68803. As a result, the Clerk's office cannot disburse the money in accordance with my earlier order. Accordingly,

IT IS ORDERED that:

1. The earlier memorandum and order (filing 45) is rescinded.

2. If Victorina Gonzalez-Matul wishes to receive the bond money, then she should cause Lety Garcia to assign the bond accordingly and file the assignment in the court file. If such an assignment is filed with Clerk of the Court on or before July 20, 2007, the Clerk of the Court shall disburse the bond money to the defendant by issuing a check to her and delivering that check to her counsel, Michael Hansen, Assistant Federal Public Defender. Mr. Hansen shall then see to the delivery of the check to his client.

3. If the assignment referred to paragraph 2 is not filed by July 20, 2007, the Clerk's office shall disburse the bond money to Lety Garcia at her last known address.

-2-

4.  A copy of this memorandum and order shall be provided to Gail M. Carlson, Financial Coordinator with the Clerk's office, Michael Hansen, Assistant Federal Public Defender, counsel for the defendant, and Lety Garcia, 1414 N. Piper St., Grand Island, Nebraska 68803.

June 18, 2007.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge